# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 4, 2021

## NO. 03-21-00072-CV

**Maplewood Ventures, L.L.C.; Edward Boehm, Individually; and Stephanie Boehm, Individually, Appellant**

**v.**

**Gold Coast Ventures, Inc., Appellee**

---

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE SMITH

---

This is an appeal from the interlocutory order signed by the trial court on January 26, 2021. Maplewood Ventures, L.L.C.; Edward Boehm, Individually; and Stephanie Boehm, Individually have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.